UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES A. NELSON

v.  CASE NO: 3:09-cv-1032-J-25HTS

UNITED STATES OF AMERICA

### O R D E R

This cause is before the Court on the Emergency Order Request to Protect Evidence and Records (Doc. #4; Motion). As Plaintiff has failed to demonstrate the necessity of an order to preserve evidence, the Motion is **DENIED**. *Cf. Platinum Mfg. Int'l, Inc. v. Uninet Imaging, Inc.*, No. 8:08-cv-310-T-27MAP, 2008 WL 927558, at *1 (M.D. Fla. Apr. 4, 2008) ("The Court has no reason to suspect [the] records . . . would become lost or unavailable in the coming weeks or months, and Plaintiff has provided no evidentiary support for this claim." (internal quotation marks omitted)).

If he has not already done so, Mr. Nelson is advised to familiarize himself with the Federal Rules of Civil Procedure and the Local Rules, United States District Court, Middle District of Florida (Local Rule(s)). In particular, he is reminded of the need to perfect service of his complaint so that he may proceed with discovery. *See, e.g.,* Local Rule 3.05(c)(2)(B) (describing

requirement for parties to meet after service "for the purpose of preparing and filing a Case Management Report[,]" which is ordinarily a prerequisite to commencing discovery); *cf. Platinum Mfg. Int'l, Inc.*, 2008 WL 927558, at *1 ("Plaintiff has not shown that immediate discovery is necessary in this case.").

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2009.

/s/  Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Counsel of record
    and pro se parties, if any