UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES A. NELSON,

            Plaintiff,

vs.                                                     Case No.  3:09-cv-1032-J-25MCR

UNITED STATES OF AMERICA,

            Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Strike Plaintiff's Pleadings Notice Disclosure and Discovery (Doc. 77) filed March 15, 2011.

A motion to strike permits a court, on its own motion or by motion of a party, to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).  A motion to strike is appropriately granted only if "the matter sought to be omitted has no possible relationship to the controversy, may confuse the issues, or otherwise prejudice a party." Reyher v. Trans World Airlines, Inc., 881 F.Supp. 574, 576 (M.D. Fla.1995).

Upon review of Plaintiff's Notice, the undersigned finds it is unintelligible and confusing.  The Court is unable to determine what specific relief Plaintiff is requesting as the Notice does not appear to be based on, or supported by, any legal authority. Therefore, Plaintiff's Pleadings Notice Disclosure and Discovery (Doc. 74) is due to be struck pursuant to Fed. R. Civ. P. 12(f) on the basis that it is immaterial and impertinent.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendant's Motion to Strike Plaintiff's Pleadings Notice Disclosure and Discovery (Doc. 77) is **GRANTED.**

2. Plaintiff's Pleadings Notice Disclosure and Discovery (Doc. 74) is **STRICKEN.** The Clerk is hereby directed to delete this document from the docket.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  21st  day of March, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party