UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES A. NELSON,

           Plaintiff,

vs.                                               Case No.  3:09-cv-1032-J-25MCR

UNITED STATES OF AMERICA,

           Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Strike Notice to Court (Doc. 85) filed April 14, 2011.  Defendant requests that *pro se* Plaintiff's pleading entitled "Notice to Court Item 79 unchallenged and ripe for act of Court" (Doc. 82) be stricken as untimely and moot.

On April 7, 2011, Plaintiff filed a "Notice to Court" (Doc. 82) requesting that his motion to stay proceedings (Doc. 79) be granted on the grounds that Defendant failed to timely respond.  (Doc. 82).  Such is not the case.  Defendant's response was due to be filed on April 11, 2011, because responses are due 14 days after service, i.e., April 8, 2011, with three days added for service by mail.  See Local Rule 3.01(b), M.D. Fla. (providing a response is due 14 days after the filing of a motion); Rule II.B.4 of the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases (providing electronic service is considered service by mail); Fed. R. Civ. P. 6 (d)

(providing an additional three days to respond if service is by mail or electronic means pursuant to Fed. R. Civ. P. 5(b)(C) and(E)).  Here, Defendant filed its response to Plaintiff's motion to stay on April, 11, 2011.  (Doc. 84).  Consequently, Plaintiff's notice to the court was premature and should be stricken.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendant's Motion to Strike Notice to Court (Doc. 85) is **GRANTED.**

2. Plaintiff's "Notice to Court Item 79 unchallenged and ripe for act of Court" (Doc. 82) is **STRICKEN.**  The Clerk is hereby directed to delete this document from the docket.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __18th__ day of April, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party